JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE R. WATSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>C. M. HARRISON, Warden,<br><br>　　　　Respondent. | Case No. CV 06-3626-SJO (JCR)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus be dismissed with prejudice.

DATED: 5/19/08

S. JAMES OTERO
United States District Judge